| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| LEONARD PEÑA (State Bar No. 192898)<br>lpena@penalaw.com<br>PEÑA & SOMA, APC<br>402 South Marengo Ave., Suite B<br>Pasadena, California 91101<br>Telephone (626) 396-4000<br>Facsimile (626) 498-8875<br><br>☐ Individual appearing without attorney<br>☒ Attorney for: Plaintiff | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION

| In re:<br><br>URBAN COMMONS, LLC<br><br>Debtor(s). | CASE NO.:    2: 21-bk-13523 ER<br><br>ADVERSARY NO.:    2:23-ap-01266-ER<br><br>CHAPTER:    7 |
|---|---|
| CAROLYN A. DYE, Chapter 7 Trustee<br><br>Plaintiff(s).<br><br>vs.<br><br>YU FEN CHANG, an individual<br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE:    August 22, 2023<br>TIME:    10:00 a.m.<br>COURTROOM: 1568<br>ADDRESS:    255 E. Temple Street,<br>    Los Angeles, CA 90012 |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

## A. PLEADINGS/SERVICE:

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?  ☒Yes ☐No

2. Have all parties filed and served answers to the Claims Documents?  ☐Yes ☒No

3. Have all motions addressed to the Claims Documents been resolved?  ☐Yes ☒No

4. Have counsel met and conferred in compliance with LBR 7026-1?  ☒Yes ☐No

5. If your answer to any of the four preceding questions is anything *other* than an unqualified "YES," please explain below (*or on attached page*):

    The parties stipulated that the Defendant's responsive pleading is due on or before August 25, 2023

## B. READINESS FOR TRIAL:

1. When will you be ready for trial in this case?

    | Plaintiff | Defendant |
    |---|---|
    | August 2024 | August 2024 |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

    | Plaintiff | Defendant |
    |---|---|
    | The Plaintiff is prosecuting approximately 118 related adversary cases and the Plaintiff anticipates having most of them resolved through settlement, dismissal or other dispositive motions and then only those matters that cannot be settled will remain. | |

3. When do you expect to complete *your* discovery efforts?

    | Plaintiff | Defendant |
    |---|---|
    | 1/31/2024 | 4/30/2024 |

4. What additional discovery do you require to prepare for trial?

    | Plaintiff | Defendant |
    |---|---|
    | Interrogatories, requests for admissions, depositions, Requests for documents and third party subpoenas | Written discovery, depositions, subpoena's as allegations involve multiple entities and individuals. |

## C. TRIAL TIME:

1. What is your estimate of the time required to present *your side of the case* at trial (*including rebuttal stage if applicable*)?

    | Plaintiff | Defendant |
    |---|---|
    | 1 Day | 2 days |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

| Plaintiff | Defendant |
|---|---|
| 2-3 | 4-5 |

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| Unknown at this time | Too early to estimate prior to the conclusion of discovery |

### D. PRETRIAL CONFERENCE:

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☒ is ☐ is not requested<br>Reasons: | Pretrial conference ☒ is ☐ is not requested<br>Reasons: |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after:<br>(*date*) July 2024 | Pretrial conference should be set after:<br>(*date*) July, 2024 |

### E. SETTLEMENT:

1. What is the status of settlement efforts?

Parties discussed general settlement issues as part of Meet & Confer.

2. Has this dispute been formally mediated?    ☐ Yes ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes ☒ No | ☐ Yes ☒ No |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**F.   FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☒ I do consent | ☐ I do consent |
| ☐ I do not consent | ☒ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

**G.   ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Respectfully submitted,

Date:  8/9/23

PEÑA & SOMA, APC
Printed name of law firm

_[signature]_
Signature

LEONARD PEÑA
Printed name

Attorney for:  Plaintiff

Date:  August 8, 2023

PACHULSKI STANG ZIEHL & JONES LLP
Printed name of law firm

_[signature]_
Signature

JEFFREY P. NOLAN
Printed name

Attorney for: Defendants

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
402 South Marengo Ave., Suite B, Pasadena, California 91101

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 8/9/23, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Leonard Peña lpena@penalaw.com for Plaintiff Carolyn A. Dye

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 8/9/23, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Ernest M. Robles
United States Bankruptcy Court
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/9/23 | NOEMI SANDOVAL | /S/ NOEMI SANDOVAL |
|---|---|---|

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

| Date | Printed Name | Signature |
|------|--------------|-----------|
|      |              |           |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.