

**FILED & ENTERED**

**OCT 31 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>URBAN COMMONS LLC AND<br><br>Debtor(s). | CASE NO.:  2:21-bk-13523-WB<br>ADV NO.:  2:23-ap-01266-WB<br><br>CHAPTER 7 |
| CAROLYN A DYE,<br><br>Plaintiff(s),<br><br>vs.<br><br>YU FEN CHANG,<br><br>Defendant(s). | **ORDER SETTING STATUS CONFERENCE**<br><br>Date:     January 9, 2024<br>Time:     2:00 PM<br>Place:    255 E. Temple Street<br>          Courtroom 1375<br>          Los Angeles, CA 90012 |

**IT IS HEREBY ORDERED** that a status conference in the above-referenced adversary proceeding is set for **January 9, 2024 at 2:00 p.m.** A status report must be filed in accordance with the Local Bankruptcy Rules.

###

Date: October 31, 2023

Julia W. Brand
United States Bankruptcy Judge