United States Bankruptcy Court

Central District of California

Dye,
    Plaintiff

Chang,
    Defendant

Adv. Proc. No. 23-01266-WB

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 1
Date Rcvd: Nov 01, 2023      Form ID: pdf031      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Carolyn A Dye, Law Office of Carolyn A Dye, 15030 Ventura Blvd. Suite 527, Sherman Oaks, CA 91403-5470 |
| dft | + | Yu Fen Chang, 21725 Gateway Center Dr., Diamond Bar, CA 91765-2400 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2023      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2023 at the address(es) listed below:

**Name**      **Email Address**

Carolyn A Dye (TR)
     trustee@cadye.com c197@ecfcbis.com;atty@cadye.com

Jeffrey P Nolan
     on behalf of Defendant Yu Fen Chang jnolan@pszjlaw.com

Leonard Pena
     on behalf of Plaintiff Carolyn A Dye lpena@penalaw.com penasomaecf@gmail.com;penalr72746@notify.bestcase.com

United States Trustee (LA)
     ustpregion16.la.ecf@usdoj.gov

TOTAL: 4

Case 2:23-ap-01266-WB    Doc 13    Filed 11/03/23    Entered 11/03/23 21:19:56    Desc
Imaged Certificate of Notice    Page 2 of 3



**FILED & ENTERED**

**OCT 31 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>URBAN COMMONS LLC AND<br><br><br>Debtor(s).<br>——————————————<br>CAROLYN A DYE,<br><br>Plaintiff(s),<br>vs.<br><br>YU FEN CHANG,<br><br>Defendant(s). | CASE NO.:   2:21-bk-13523-WB<br>ADV NO.:    2:23-ap-01266-WB<br><br>CHAPTER 7<br><br><br><br>**ORDER SETTING STATUS CONFERENCE**<br><br>Date:      January 9, 2024<br>Time:      2:00 PM<br>Place:     255 E. Temple Street<br>           Courtroom 1375<br>           Los Angeles, CA 90012 |

-1-

**IT IS HEREBY ORDERED** that a status conference in the above-referenced adversary proceeding is set for **January 9, 2024 at 2:00 p.m.**  A status report must be filed in accordance with the Local Bankruptcy Rules.

<center>###</center>

Date: October 31, 2023

Julia W. Brand
United States Bankruptcy Judge