LEONARD PEÑA (State Bar No. 192898)
lpena@penalaw.com
PEÑA & SOMA, APC
479 South Marengo Ave.
Pasadena, California 91101
Telephone (626) 396-4000
Facsimile (626) 498-8875

Counsel for
Plaintiff Carolyn A. Dye

**FILED & ENTERED**

**JAN 06 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez  DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>URBAN COMMONS, LLC<br><br>─────────────────────<br><br>CAROLYN A. DYE, Chapter 7 Trustee,<br><br>        Plaintiff,<br><br>v.<br><br>YU FEN CHANG<br><br>        Defendant. | Case No. 2:21-bk-13523 WB<br>Chapter 7<br><br>Adv. No. 2:23-ap-01266 WB<br><br>ORDER APPROVING STIPULATION EXTENDING DISCOVERY DEADLINE AND CONTINUING PRETRIAL CONFERENCE<br><br><u>Pretrial Conference Hearing</u>:<br>Date:  January 7, 2025<br>Time:  2:00 PM<br>Place: 255 E. Temple St.<br>       Los Angeles CA 90012<br>Ctrm:  1375 |

   The Stipulation By Plaintiff Carolyn A. Dye, Chapter 7 Trustee and Defendant Yu Fen Chang extending the discovery deadlines continuing pretrial conference ("Stipulation") filed on January 3, 2025 [Doc. 27] was duly presented to the court.

   For good cause appearing, it is ORDERED that, the Stipulation and all its terms are approved, the discovery

deadline is extended to and including March 31, 2025 and the pretrial conference is rescheduled to **_April 22_**, 2025 at **_2:00 p.m_**. **_The hearing set for January 7, 2025 at 2:00 p.m. is off calendar._**

###

Date: January 6, 2025

*Julia W. Brand*
Julia W. Brand
United States Bankruptcy Judge