United States Bankruptcy Court

Central District of California

Dye,

    Plaintiff                                                     Adv. Proc. No. 23-01266-WB

Chang,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 06, 2025 | Form ID: pdf031 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | + Yu Fen Chang, 21725 Gateway Center Dr., Diamond Bar, CA 91765-2400 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | Email/Text: trustee@cadye.com | Jan 07 2025 00:19:00 | Carolyn A Dye, Law Office of Carolyn A Dye, 15030 Ventura Blvd. Suite 527, Sherman Oaks, CA 91403 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2025                   Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carolyn A Dye (TR) | trustee@cadye.com  c197@ecfcbis.com;atty@cadye.com |
| Jeffrey P Nolan | on behalf of Defendant Yu Fen Chang jnolan@pszjlaw.com |
| Leonard Pena | on behalf of Plaintiff Carolyn A Dye lpena@penalaw.com  penasomaecf@gmail.com;penalr72746@notify.bestcase.com |

District/off: 0973-2                          User: admin                                Page 2 of 2
Date Rcvd: Jan 06, 2025                       Form ID: pdf031                             Total Noticed: 2

United States Trustee (LA)
                          ustpregion16.la.ecf@usdoj.gov

TOTAL: 4

1  LEONARD PEÑA (State Bar No. 192898)
2  lpena@penalaw.com
   PEÑA & SOMA, APC
3  479 South Marengo Ave.
   Pasadena, California 91101
4  Telephone (626) 396-4000
   Facsimile (626) 498-8875
5
6  Counsel for
   Plaintiff Carolyn A. Dye
7

**FILED & ENTERED**

**JAN 06 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez DEPUTY CLERK**

**CHANGES MADE BY COURT**

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                 LOS ANGELES DIVISION

11
                                    Case No. 2:21-bk-13523 WB
12  In re:                    )
                              )     Chapter 7
13  URBAN COMMONS, LLC        )
                              )
14  _____  )
                              )     Adv. No. 2:23-ap-01266 WB
15  CAROLYN A. DYE, Chapter 7 )
    Trustee,                  )     ORDER APPROVING STIPULATION
16                            )     EXTENDING DISCOVERY DEADLINE
                              )     AND CONTINUING PRETRIAL
17          Plaintiff,        )     CONFERENCE
                              )
18  v.                        )     Pretrial Conference Hearing:
                              )     Date:  January 7, 2025
19  YU FEN CHANG              )     Time:  2:00 PM
                              )     Place: 255 E. Temple St.
20          Defendant.        )            Los Angeles CA 90012
                              )     Ctrm:  1375
21  _____  )

22

23      The Stipulation By Plaintiff Carolyn A. Dye, Chapter 7

24  Trustee and Defendant Yu Fen Chang extending the discovery

25  deadlines continuing pretrial conference ("Stipulation") filed

26  on January 3, 2025 [Doc. 27] was duly presented to the court.

27      For good cause appearing, it is ORDERED that, the

28  Stipulation and all its terms are approved, the discovery

                          -1-

deadline is extended to and including March 31, 2025 and the pretrial conference is rescheduled to *April 22*, 2025 at *2:00 p.m*. *The hearing set for January 7, 2025 at 2:00 p.m. is off calendar*.

###

Date: January 6, 2025

*Julia W Brand*

Julia W. Brand
United States Bankruptcy Judge

-2-